JONATHAN BULKLEY et al., Respondents, *v.* JOSEPH J. LITTLE, as Receiver of the WORTHINGTON COMPANY, Appellant.

*Bulkley* v. *Little*, 9 App. Div. 627, affirmed.
(Submitted October 12, 1897; decided October 26, 1897.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1896, which affirmed a judgment in favor of plaintiffs entered upon a verdict directed by the court.

*James M. Fisk* for appellant.

*Frederic A. Ward* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

WILLIAM O. PLATT et al., as Trustees, Respondents, *v.* NEW YORK AND SEA BEACH RAILWAY COMPANY et al.; AUGUST MEIDLING, JR., Appellant.

(Submitted October 18, 1897; decided October 26, 1897.)

Motion for reargument denied, with ten dollars costs. (See 153 N. Y. 670.)

---

In the Matter of the Accounting of FRANK J. HONE, as Receiver of CHARLES F. LIGHTHOUSE, a Judgment Debtor, Appellant; THOMAS J. SWANTON et al., Respondents.

(Submitted October 18, 1897; decided October 26, 1897.)

Motion for reargument denied, with ten dollars costs. (See 153 N. Y. 522.)